UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO ORTIZ,<br><br>                     Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                     Respondent. | Case No.: 13-CR-3486-L-1<br><br>**ORDER DENYING MOTION FOR MODIFICATION OF TERM OF IMPRISONMENT PURSUANT TO 18 U.S.C. § 3582(C)(2) [ECF NO 57.]** |

Petitioner Alejandro Ortiz ("Petitioner"), proceeding *pro se*, filed a motion for relief of sentence pursuant to 18 U.S.C. § 3582(c)(2) requesting a reduction in the term of his custodial sentence. [ECF NO 57.] On April 27, 2015, Petitioner was sentenced by this Court to 120 months in the custody of the Bureau of Prisons, with a 5 year term of supervised release to follow, after he pled guilty to one count of distribution of methamphetamine in violation of 18 U.S.C. §§ 841(a)(1).

Under Section 3582(c)(2), a Court may modify a defendant's term of imprisonment where the originally applied sentencing range has subsequently been lowered by the Sentencing Commission. 18 U.S.C. §3582(c)(2). Petitioner's motion is based upon Amendment 782 of the Sentencing Guidelines which reduces the base offense level for some drug trafficking offenses listed in the Drug Quantity Tables at U.S.S.G. §§2D1.1(c) and 2D1.11 of the Sentencing Guidelines, including the offense to which

1

Petitioner pled guilty.  *See* Amendment 782, Supplement to Appendix C, Amendments to the Guidelines Manual.

Amendment 782 became effective November 1, 2014 and consequently, the Guidelines applied to Petitioner's April 2015 sentence incorporated Amendment 782, as indicated in the probation department's pre-sentence report, the sentencing summary charts provided by both the government and Petitioner, and the Court's ultimate sentence. Therefore, Petitioner is ineligible for relief because he has received the benefit of the Amended Guidelines and no further reduction in his sentence is warranted under 18 U.S.C. §3582(c)(2). U.S.S.G. § 1B1.10(a)(2)(B).  Accordingly, the Court **DENIES** Petitioner's motion.

**IT IS SO ORDERED.**

Dated: May 1, 2017

Hon. M. James Lorenz
United States District Judge

COPIES TO:
PETITIONER
U.S. ATTORNEY'S OFFICE